No. 10-8241. Joshua Bell, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1523, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1687.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 42.

No. 10-8243. Perry Franks, Petitioner v. Cheryl Lindamood, Warden.

562 U.S. 1240, 131 S. Ct. 1523, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1678.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 401 Fed. Appx. 1.

No. 10-8244. Linda Henning, Petitioner v. Allen Cooper, Warden, et al.

562 U.S. 1240, 131 S. Ct. 1523, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1629.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 381 Fed. Appx. 847.

No. 10-8246. Clara Vasquez, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1547.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8247. Bruce Sears, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1510.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 396 Fed. Appx. 491.

No. 10-8251. Lenwood Davies, aka Lenwood Davis, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1690.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 822.

No. 10-8252. Kevin Dunigan, Petitioner v. Superior Court of California, Sacramento County, et al.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1608.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 10-8253. Vincent M. Cooper, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1600,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.